**FILED**

**APR 03 2008**

CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| AMERICAN FAMILY INSURANCE GROUP, | ) ) ) | CIV. 06-5095-RHB |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | JUDGMENT |
| ARLETH & ASSOCIATES, INC.; J.M. ARLETH, INC.; SIERRA ROCK & DIRT, INC.; BEARLODGE LIMITED, INC.; and HOMESTAKE MINING COMPANY OF CALIFORNIA, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

In accordance with the Court's order filed on March 20, 2008 (Docket #60), it is hereby

ORDERED that defendants shall have judgment against plaintiff.

IT IS FURTHER ORDERED that costs shall hereinafter be taxed by the Clerk.

Dated this 3rd day of April, 2008.

BY THE COURT:

RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE